UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edgar Cisneros, Jr.,                                        File No. 25-cv-2129 (ECT/ECW)

      Petitioner,

v.                                                          **ORDER ACCEPTING REPORT
                                                            AND RECOMMENDATION**

B. Eischen and FPC Duluth,

      Respondents.

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on July 16, 2025. ECF No. 7. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 7] is **ACCEPTED**; and

2.    Petitioner Edgar Cisneros, Jr.'s petition for a writ of habeas corpus [ECF No. 1] is **DENIED** for failure to exhaust administrative remedies;

3.    The action is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 18, 2025                          s/ Eric C. Tostrud
                                                 Eric C. Tostrud
                                                 United States District Court